UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:86-cv-252 (EBB) |
| STATE OF CONNECTICUT, et al., | : | |
| | : | |
| Defendants | : | |

**Special Master's Order on Habilitation Report**

AND NOW, this ___ day of November, 2005, upon consideration of the attached report, <u>Habilitation Services at Southbury Training School</u>, by Dr. Edward R. Skarnulis,[1] it is hereby ORDERED that the parties may file a response to said report on or before November 30, 2005. Any objections to said report must be filed by November 30, 2005.

SO ORDERED.

_____

David Ferleger
Special Master

---

[1] The report filed with the Court and faxed this date to the parties includes the five-page appendix. The appendix includes the form used for client review, identification of the client sample, a graph showing client age distribution, and a graph showing location of the client sample during the day. The electronic version of the report provided to the Clerk does not include the appendix.