UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Civ. No. N-86-252 (EBB)
)
)
STATE OF CONNECTICUT, et al., )
)
    Defendants. )
)

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS

This cause is before the Court on the joint motion of Plaintiff, the United States, and Defendants, the State of Connecticut, et al., (the "State"), to dismiss this action. The parties are in agreement that the State has fully and faithfully implemented the Consent Decree, the Remedial Plan, and all orders of this Court in this action. It is therefore ORDERED that all injunctions are dissolved, that jurisdiction is terminated, and that this case is closed and DISMISSED with prejudice, and all parties to bear their own costs.

SO ORDERED this 30th day of October, 2009.

/s/ Ellen Bree Burns, SUSDJ
Hon. Ellen Bree Burns
United States District Judge